FEBRUARY 25, 1991

No. 89–1018.   AYUDA, INC., ET AL. *v.* THORNBURGH, ATTOR-
NEY GENERAL OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *McNary* v. *Haitian Refugee Center,
Inc., ante,* p. 479.

No. 90–602.   YOASH ET AL. *v.* McLEAN CONTRACTING CO.,
INC.   C. A. 4th Cir.   Certiorari granted, judgment vacated, and
case remanded for further consideration in light of *McDermott In-
ternational, Inc.* v. *Wilander, ante,* p. 337.

No. 87–7065.   PODBORNY *v.* OHIO.   Ct. App. Ohio, Cuyahoga
County.   Motion to substitute party in place of petitioner, de-
ceased, denied.   It appearing that petitioner died October 15,
1990, certiorari dismissed.

No. D–922.   IN RE DISBARMENT OF WEISS.   Disbarment en-
tered.   [For earlier order herein, see 497 U. S. 1046.]

No. D–927.   IN RE DISBARMENT OF ISAACSON.   Disbarment
entered.   [For earlier order herein, see 497 U. S. 1055.]

No. D–928.   IN RE DISBARMENT OF KEADY.   Disbarment en-
tered.   [For earlier order herein, see 497 U. S. 1056.]

No. D–946.   IN RE DISBARMENT OF RICHARDSON.   Disbar-
ment entered.   [For earlier order herein, see *ante,* p. 918.]

No. D–969.   IN RE DISBARMENT OF FINKELSTEIN.   It is or-
dered that Joseph J. Finkelstein, of Miami, Fla., be suspended
from the practice of law in this Court and that a rule issue, return-